**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CECILE SULLIVAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:14-CV-00154-RC-ALM |
| | § | |
| SOUTHWEST CREDIT SYSTEMS L.P. | § | **NOTICE OF DEFENDANT'S** |
| | § | **INITIAL RULE 26(a)(1)** |
| Defendant. | § | **DISCLOSURES** |

To:   Plaintiff, Cecile Sullivan , by and through her attorney of record, Jody B. Burton Lemberg & Associates, LLC., 1100 Summer Street, 3rd Floor, Stamford, CT 06905.

COMES NOW Southwest Credit System, L.P., and serve its Notice of Defendant's Initial Rule 26(a)(1) Disclosures. Please be advised that on this date, Defendant's Initial Rule 26(a)(1) Disclosures, have been served upon all counsel of record.

    Respectfully submitted,

    **ROBBIE MALONE, P.L.L.C.**

    /s/ Robbie Malone
    Robbie Malone
    State Bar No. 12876450
    Northpark Central, Suite 1850
    8750 N. Central Expressway
    Dallas, Texas 75231
    (214) 346-2630
    (214) 346-2631 (Fax)
    E-mail: rmalone@rmalonelaw.com

    *COUNSEL FOR DEFENDANT
    SOUTHWEST CREDIT SYSTEMS, L.P.*

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to ECF local rules on 16th day of June, 2014 to:

Jody B. Burton
Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
    *Counsel for Plaintiff*

                                        /s/ Robbie Malone
                                        ROBBIE MALONE